UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AP Services, LLP, in its capacity as Trustee of the CRC Litigation Trust,

                    Plaintiff,

-v-

Jerry Silva, Steven Silva, the Jody R. Silva Trust, the Jerry Silva 2007 Annuity Trust, and Jerry Silva as Life Tenant and Steven Silva as Remainderman,

                    Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **AP Services, LLP** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**AlixPartners, LLP**

Date: May 3, 2011

**Signature of Attorney**
Douglas P. Baumstein

**Attorney Bar Code:** DB-1948

American LegalNet, Inc.
www.FormsWorkflow.com